IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased, | * * * * | |
| Plaintiff, | * * | NO. 2:07 CV837-WKW |
| vs. | * * | |
| BEVERLY HC TYSON d/b/a TYSON MANOR, et al., | * * * | |
| Defendant. | * | |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, GGNSC Montgomery, LLC (incorrectly identified as Beverly HC Tyson d/b/a Tyson Manor) hereby certifies that the general nature and purpose of its business is the operation of a skilled nursing facility. Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Respectfully submitted,

*/s W. Benjamin Broadwater*
W. BENJAMIN BROADWATER (BROAW7492)
MARCUS T. FOXX (FOXXM6742)
Attorneys for Defendant

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

  I hereby certify that on September 20, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

 Jock M. Smith
 Brian P. Strength
 Valerie Rucker Russell
 COCHRAN, CHERRY, GIVENS & SMITH, P.C.
 306 North Main Street
 Post Office Box 830419
 Tuskegee, Alabama  36083


                */s W. Benjamin Broadwater*_____
                COUNSEL