IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased, | * * * * | |
| Plaintiff, | * * | NO. 2:07 CV837-WKW |
| vs. | * * | |
| BEVERLY HC TYSON d/b/a TYSON MANOR, et al., | * * * | |
| Defendant. | * | |

## MOTION TO SUBSTITUTE EXHIBIT D TO NOTICE OF REMOVAL

COMES NOW Defendant, GGNSC Montgomery, LLC (incorrectly identified as Beverly HC Tyson d/b/a Tyson Manor), and moves this Court for permission to substitute Exhibit D in its Notice of Removal and as grounds states:

1.    The original Exhibit D to the Notice of Removal includes details confirming the principle place of business and residency of the sole member of GGNSC Montgomery, LLC, as recorded with the Arkansas Secretary of State.

2.    The substitute Exhibit D includes the same details, along with a sworn affidavit confirming the residency of the sole member of GGNSC Montgomery, LLC.

3.    The substitute Exhibit D does not contain any averments that are not already set forth in the original Notice of Removal.

4.    Plaintiff is not prejudiced by the substitution of Exhibit D, which merely serves to clarify the averments set forth in GGNSC Montgomery, LLC's Notice of Removal.

5.    Attached hereto is a complete copy of substitute Exhibit D.

WHEREFORE, GGNSC Montgomery, LLC respectfully requests that the Court allow substitution of Exhibit D to the Notice of Removal.

Respectfully submitted by:

__/s W. Benjamin Broadwater_____
W. BENJAMIN BROADWATER (BROAW7492)
MARCUS T. FOXX (FOXXM6742)
Attorneys for Defendant

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Jock M. Smith
Brian P. Strength
Valerie Rucker Russell
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
Post Office Box 830419
Tuskegee, Alabama 36083

__/s W. Benjamin Broadwater_____
COUNSEL

**EXHIBIT D**







State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

  **Search Incorporations, Cooperatives, Banks and Insurance Con**

| | |
|---|---|
| Corporation Name | GGNSC HOLDINGS LLC |
| Fictitious Names | GOLDEN HORIZONS |
| Filing # | 800092560 |
| Filing Type | Foreign Limited Liability Company |
| Filed under Act | Foreign LLC; 1003 of 1993 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | CORPORATION SERVICE COMPANY |
| Agent Address | 101 S. SPRING STREET, SUITE 220 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 09/01/2006 |
| Officers | |
| | KRISTA ELMORE , Tax Preparer |
| Foreign Name | N/A |
| Foreign Address | 1000 BEVERLY WAY |
| | FORT SMITH, AR 72919 |
| State of Origin | DE |

Purchase a Certificate of Good Standing for this Entity

Pay Franchise Tax for this corporation

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>BEVERLY HC TYSON d/b/a TYSON MANOR, et al.,<br><br>        Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | NO. 2:07 CV837-WKW |

## **AFFIDAVIT**

Before me, the undersigned authority, personally appeared Holly Rasmussen Jones, who first being duly sworn, deposes and states as follows:

1. I am over nineteen (19) years of age and hereby provide this affidavit of my own free will, without duress or coercion.

2. I have personal knowledge of the facts contained in this affidavit and/or have reviewed business records created and/or maintained by GGNSC Montgormery, LLC in the ordinary course of business to obtain the facts contained in this Affidavit

3. I hereby certify that GGNSC Equity Holdings, LLC is the sole member of GGNSC Montgomery, LLC.

4. I further certify that GGNSC Equity Holdings, LLC is a Delaware limited liability company with its principal place of business in Fort Smith, Arkansas.

5. GGNSC Equity Holdings, LLC does not reside in Alabama and does not maintain an office in Alabama.

Further Affiant saith not.

_____
Holly Rasmussen Jones
Secretary
GGNSC Equity Holdings, LLC

STATE OF Arkansas )
COUNTY OF Sebastian )

SWORN TO and subscribed before me on this 19th day of September, 2007.

[Notary Seal: KRISTA L. ELMORE, No. 12345788, NOTARY PUBLIC, EXPIRES 06-20-2016, SEBASTIAN COUNTY - ARKANSAS]

_____
NOTARY PUBLIC
My Commission Expires: 6-20-2016

2