IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEOLA MILBRY, as personal          )
representative for the estate of Early   )
Milbry, deceased,                  )
                                   )
      Plaintiff,              )
                                   )
v.                                 )          CASE NO. 2:07-cv-837-MEF
                                   )
BEVERLY HC TYSON,                  )
                                   )
      Defendant.             )

# **O R D E R**

Upon consideration of defendant's Motion to Substitute (Doc. #7) filed on September

21, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 24th day of September, 2007.


                       /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE