IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased, | * * * * | |
| Plaintiff, | * * | NO. 2:07-cv-837-MEF |
| vs. | * * | |
| GGNSC Montgomery, LLC (incorrectly identified as BEVERLY HC TYSON d/b/a TYSON MANOR, et al.), | * * * * | |
| Defendant. | | |

**JOINT REPORT OF THE PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting of the parties was held on October 17, 2007 and participating therein were attorneys for the Defendant GGNSC Montgomery, LLC, Benjamin Broadwater, Esq. and Marcus T. Foxx, Esq., and attorney for the Plaintiff Valerie Russell, Esq.

2. The parties will serve the information required by Federal Rule of Civil Procedure 26(a)(1) by November 17, 2007.

3. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: the legal claims and damages raised in Plaintiff's Complaint and Defendant's Answer to Plaintiff's Complaint.

    Plaintiff and Defendant will require discovery regarding the medical history, care and treatment of Mr. Milbry while a resident of the Defendant's facility.

    b. Discovery of electronically stored information should be handled as follows:

      1.    The parties have discussed electronically stored information.

      2.    The parties have stipulated that all copies of electronically stored information are upon information and belief true and correct reproductions of the originally stored information.

      3.    The parties have agreed that the aforementioned documents will be produced as reproductions only versus original electronic format in accordance with the applicable rules of civil procedure.

c.    All discovery commenced in time to be completed by December 17, 2008.

d.    Maximum of 25 interrogatories and requests for production, including sub-parts, by each party to any other party. Responses are due 30 days after service.

e.    Maximum of 25 requests for production, including sub-parts, by each party to another party. Responses are due 30 days after service.

f.    Maximum of 12 depositions by Plaintiff and 12 depositions by Defendant GGNSC, Montgomery, LLC. This number does not include depositions for experts. The number of expert depositions will be determined by the parties as appropriate.

g.    Each deposition shall be limited to a maximum of seven hours unless extended by agreement of the parties.

h.    Reports of retained experts under Rule 26(a)(2) due:

(1) From Plaintiff June 17, 2008.
(2) From Defendant July 17, 2008.

i.    Supplementations under Rule 26(e) are due: November 17, 2008.

4.    Other Items:

a.    The parties do not request a conference with the Court before entry of the scheduling order.

b.    The parties request a pretrial conference in February of 2009.

c.    The parties should be allowed until February 14, 2009 to join additional parties and until February 28, 2009 to amend the pleadings.

    d.      At this stage in the case, the parties are not in a position to determine whether settlement is possible or whether settlement may be enhanced by mediation, all of which cannot likely be evaluated prior to the close of discovery.

    e.      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

           (1) From Plaintiff 30 days before trial.
           (2) From Defendant 30 days before trial.

    f.      Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    h.      The case should be ready for trial in April of 2009 and is expected to take approximately ten days.

                                        */s/ Marcus T. Foxx*_____
                                        W. BENJAMIN BROADWATER (BRO150)
                                        MARCUS T. FOXX (FOX011)
                                        Attorneys for Defendant

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)

                                        */s/ Valerie Rucker Russell* (w/permission)____
                                        JOCK M. SMITH (SMI047)
                                        BRIAN P. STRENGTH (STR052)
                                        VALERIE RUCKER RUSSELL (RUS038)
                                        Attorneys for Plaintiff

OF COUNSEL:

COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
Post Office Box 830419
Tuskegee, Alabama  36083
(334) 727-0060
(334) 727-7197 (fax)