IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased, | * * * * | |
| Plaintiff, | * * | NO. 2:07-cv-837-MEF |
| vs. | * * | |
| GGNSC Montgomery, LLC (incorrectly identified as BEVERLY HC TYSON d/b/a TYSON MANOR, et al.), | * * * * | |
| Defendant. | | |

## NOTICE OF SERVICE

Please take notice that on November 12, 2007, Defendant GGNSC Montgomery, LLC served its initial disclosures on all counsel of record.

                                                               */s/ Marcus T. Foxx*_____
                                                           W. BENJAMIN BROADWATER (BRO150)
                                                           MARCUS T. FOXX (FOX011)
                                                           Attorneys for Defendant

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Jock M. Smith, Esq.
Brian P. Strength, Esq.
Valerie Rucker Russell, Esq.
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
Post Office Box 830419
Tuskegee, Alabama  36083


                                              */s/ Marcus T. Foxx*_____
                                              COUNSEL