**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 6, 2007

# NOTICE OF CORRECTION

To: ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Leola Milbry vs. Beverly HC Tyson**
**Case Number: 2:07cv837-MEF**

**Referenced Pleading: First Amended Complaint (Doc.#13)**

**The referenced pleading was electronically filed on \*\*\*12/05/2007\*\*\* in this case and is not in compliance with Rule 15 of the Federal Rules of Civil Procedure.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. The pleading may be re-filed after the pleading is in compliance with the FRCP and/or local rules of the court.**