## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Respresentative of the Estate of EARLY MILBRY, deceased, | * * * * | |
| Plaintiff, | * * | NO. 2:07-cv-837-MEF |
| vs. | * * | |
| GGNSC Montgomery, LLC (incorrectly identified as BEVERLY HC TYSON d/b/a TYSON MANOR) et al., | * * * * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the Plaintiff, Leola Milbry, as the personal representative of the Estate of Early Milbry, deceased, and files this Conflict Disclosure Statement. Leola Milbry is an individual who has been appointed by the Judge of Probate of Bullock County, Alabama as the personal representative of the Estate of Early Milbry, who is her deceased husband.

    Respectfully Submitted,

    /s/ Valerie Rucker Russell
    VALERIE RUCKER RUSSELL (RUS038)
    Attorneys for Plaintiff

**OF COUNSEL:**
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon counsel listed below by placing a copy same in the U. S. Mail, properly addressed and postage prepaid, on this the 6th day of December, 2007;

W. Benjamin Broadwater
Marcus T. Foxx
Alford, Clausen & McDonald
One St. Loius Centre, Suite 5000
Mobile, Alabama 36602

                              /s/ Valerie Rucker Russell
                              Of Counsel