IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEOLA MILBRY, as personal       )
representative for the estate of Early   )
Milbry, deceased,                   )
                                  )
      Plaintiff,             )
v.                          )        CASE NO. 2:07-cv-837-MEF
                                  )
BEVERLY HC TYSON,        )
                                  )
      Defendant.         )

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Amended Complaint

(Doc. #15) filed on December 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of December, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE