IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEOLA MILBRY, as personal representative for the estate of Early Milbry, deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>BEVERLY HC TYSON, )<br>)<br>Defendant. ) | CASE NO. 2:07-cv-837-MEF |

## **O R D E R**

On December 6, 2007, the plaintiff filed a Motion for Leave to File Amended Complaint (Doc. #15) which was granted on December 7, 2007. It is hereby

ORDERED that the plaintiff file an amended complaint on or before March 17, 2008.

DONE this the 13th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE