IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Leola Milbry, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GGNSC Montgomery, LLC, | ) | CASE NO. 2:07-cv-837-MEF |
| | ) | |
| Defendants, | ) | |

## MOTION TO WITHDRAW

Brian P. Strength files this motion to withdraw as counsel of record for Plaintiff. The undersigned is no longer associated with the law firm of Cochran, Cherry, Givens & Smith, P.C. Plaintiff will continue to be represented by Jock Smith and Valerie Russell.

Respectfully submitted,

/s/ Brian P. Strength
Brian P. Strength (STR052)
Attorney for Plaintiffs

**OF COUNSEL:**
Brian P. Strength
Attorney At law
P.O. Box 830810
Tuskegee, Alabama 36083
Tel: (334) 750-0157
Fax: (334) 727-0000

CERTIFICATE OF SERVICE

      I hereby certify that on this date a copy of the above and foregoing pleading has been served upon the following listed persons by electronic notification this the 19th day of March, 2008:

W. Benjamin Broadwater
Marcus T. Foxx
Alford, Clausen & McDonald
One St. Louis Centre, Suite 5000
Mobile, AL 36602

                                         /s/ Brian P. Strength
                                         OF COUNSEL