IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased, | * * * * | |
| Plaintiff, | * | NO. 2:07-cv-837-MEF |
| vs. | * * | |
| GGNSC Montgomery, LLC (incorrectly identified as BEVERLY HC TYSON d/b/a TYSON MANOR, et al.), | * * * * | |
| Defendant. | * | |

## NOTICE OF WITHDRAWAL

COMES NOW Marcus T. Foxx and respectfully informs the Court of his withdrawal as counsel of record for Defendant, GGNSC Montgomery, LLC, in the above-referenced matter. This matter will be handled by attorneys from my former firm, Alford, Clausen & McDonald, LLC, and neither party will be prejudiced by my withdrawal.

*/s Marcus T. Foxx*
MARCUS T. FOXX (FOX011)

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Jock M. Smith, Esq.
Valerie Rucker Russell, Esq.
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
Post Office Box 830419
Tuskegee, Alabama  36083

*/s Marcus T. Foxx*
COUNSEL