IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEOLA MILBRY, as personal representative for the estate of Early Milbry, deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>BEVERLY HC TYSON,  )<br>)<br>Defendant.  ) | CASE NO. 2:07-cv-837-MEF |

## **O R D E R**

Upon consideration of the Motion for Leave to Withdraw as Attorney (Doc. #26) which was filed on March 19, 2008 by Brian P. Strength. It is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE