IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEOLA MILBRY, as personal representative for the estate of Early Milbry, deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>BEVERLY HC TYSON, )<br>)<br>Defendant. ) | CASE NO. 2:07-cv-837-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw Marcus T. Fox as Attorney filed on March 19, 2008. It is hereby

ORDERED that the motion is DENIED.

DONE this the 25th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE