IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased, <br><br> Plaintiff, <br> vs. <br><br> GGNSC Montgomery, LLC (incorrectly identified as BEVERLY HC TYSON d/b/a TYSON MANOR, et al.), <br><br> Defendant. | NO. 2:07-cv-837-MEF |

## NOTICE OF WITHDRAWAL

COMES NOW Marcus T. Foxx and respectfully informs the Court of his withdrawal as counsel of record for Defendant, GGNSC Montgomery, LLC, in the above-referenced matter. This matter will be handled by attorneys from my former firm, Alford, Clausen & McDonald, LLC, and neither party will be prejudiced by my withdrawal.

_____
MARCUS T. FOXX (FOX011)

## CERTIFICATE OF SERVICE

I hereby certify that on APRIL 7, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Jock M. Smith, Esq.
Valerie Rucker Russell, Esq.
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
Post Office Box 830419
Tuskegee, Alabama 36083

_____
COUNSEL