IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEOLA MILBRY, as personal )
representative for the estate of Early )
Milbry, deceased, )
                                                              )
         Plaintiff, )
v.                                                           )          CASE NO. 2:07-cv-837-MEF
                                                              )
BEVERLY HC TYSON, )
                                                              )
         Defendant. )

# **O R D E R**

Upon consideration of the Notice of Withdrawal (Doc. #31) filed on April 9, 2008

which the court construes to be a motion to withdraw, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of April, 2008.


                                        _____
                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE