### UNITED STATES DISTRICT COURT
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LELOA MILBRY, as personal representative for the estate of Early Milbry, deceased,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) CIVIL ACTION NO. 2: 07 cv837-MEF ) |
| **BEVERLY HC TYSON,** | ) ) |
| **Defendant.** | ) |

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Plaintiff moves this Court to extend the deadlines set forth in its Scheduling Order of October 22, 2007. In support of this motion, the Plaintiff states as follows:

1. On October 22, 2007, this Court entered a scheduling ordering requiring Plaintiff to identify her expert witness by June 17, 2008, and to provide the reports of retained experts. Likewise, the Defendant is required to identify its expert witness by July17, 2008, and to provide the reports of retained experts.

2. The Plaintiff has recently associated with another law firm and the necessary paperwork to request Pro Hac Vice status is currently being prepared and will be forthcoming in the immediate future.

3. The undersigned spoke with Benjamin Broadwater, counsel for the Defendant, and was informed that the Defendant does not oppose this motion. No prejudice will result to any party.

4. Plaintiff respectfully requests this Court enter an order extending the current deadlines as follows: Plaintiff is required to identify her expert witness by July 17, 2008, and to

provide the reports of retained experts; Defendant is required to identify its expert witness by August 18, 2008, and to provide the reports of retained experts.

  5.  This matter is currently set for the trial term of court commencing on January 12, 2009. Should the court extend the disclosure deadline, the parties will have adequate time to prepare for trial.

  WHEREFORE, the Plaintiff respectfully request that the Court amend the current Scheduling Order as suggested above.

                  Respectfully Submitted,

                  /s/ Valerie Rucker Russell
                  Attorneys for Plaintiff

**OF COUNSEL:**
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification on this the 12th day of June, 2008;

W. Benjamin Broadwater
Alford, Clausen & McDonald
One St. Loius Centre, Suite 5000
Mobile, Alabama 36602

                  /s/ Valerie Rucker Russell
                  Of Counsel