IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEOLA MILBRY, as personal representative for the estate of Early Milbry, deceased, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-837-MEF |
| BEVERLY HC TYSON, | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Unopposed Motion for Extension of Deadlines (Doc. #33) filed on June 12, 2008, it is hereby

ORDERED that the motion is GRANTED. Plaintiff is required to identify her expert witnesses by July 17, 2008 and to provide the reports of retained experts. the defendant is required to identify its expert witnesses by August 18, 2008 and to provide the reports of retained experts.

DONE this the 13th day of June, 2008.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE