UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LEOLA MILBRY; as the Personal Representative of the Estate of EARLY MILBRY, deceased,** | * * * * | |
| Plaintiff, | * * | NO.  2:07-cv-837-MEF |
| vs. | * * | |
| **GGNSC MONTGOMERY, LLC , et al.,** | * * | |
| Defendants. | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

The undersigned attorney, Valerie Rucker Russell, hereby respectfully moves the Court, pursuant to Local Rule 83.1 (b), to admit *pro hac vice*, Vicki Gilliam to practice before this court in connection with the above-titled case.

In support of this Motion, Valerie Rucker Russell asserts the following:

1. Petitioner resides at 141 Belle Meade Trace, Clinton, Mississippi, 39056.

2. Petitioner is an attorney and member of the law firm Akin Gilliam PLLC, with offices at 134 Fairmont Street, Suite C, Clinton, Mississippi, 39060, 601-925-8000.

3. Petitioner has been retained personally, or as a member of the above-named law firm, by Plaintiff to provide legal representation in connection with the above-entitled matter now pending in above referenced court.

4. Since 1993 petitioner has been, and presently is a member in good standing of the Bar of the United States District Court for the Southern District of Mississippi where petitioner regularly practices law. Her Certificate of Good Standing is attached.

5. Petitioner has been admitted to practice before the following courts: Supreme Court of Mississippi and all Mississippi courts (1993); Supreme Court of Texas and all Texas courts (2001); Supreme Court of Arkansas and all Arkansas (2002). Petitioner is presently a member in good standing of the Bars of those courts listed above.

6. Petitioner presently is not subject to any disbarment proceedings.

7. Petitioner presently is not subject to any suspension proceedings.

8. Petitioner never has been subject to any disbarment proceedings.

9. Petitioner never had been subject to any suspension proceedings.

10. Petitioner never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. Local Counsel of Record for petitioner in this matter is Valerie Rucker Russell, Cochran, Cherry, Givens & Smith, PC, Post Office Box 830419, Tuskegee, Alabama, 36083.

12. Petitioner agrees to comply with Standards for Professional Conduct, and petitioner consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

13. Petitioner respectfully requests to be admitted to practice in the above-entitled court for this cause only.

WHEREFORE, PREMISES CONSIDERED, Valerie Rucker Russell respectfully moves the Court to admit Vicki Gilliam *pro hac vice* in the above-titled matter pursuant to Local Rule 83.1 (b) of the United States District Court for the Middle District of Alabama, Northern Division.

        Respectfully Submitted,

        /s/ Valerie Rucker Russell
        VALERIE RUCKER RUSSELL  (RUS038)
        Attorney for Plaintiff

**OF COUNSEL:**

COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
Post Office Box 830419
Tuskegee, Alabama 36083
(334) 727-0060
(334) 727-7197-fax

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date of June 26, 2008, electronically filed the foregoing with the Clerk of Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

W. Benjamin Broadwater
Alford, Clausen & McDonald
One St. Loius Centre, Suite 5000
Mobile, Alabama 36602

        /s/ Valerie Rucker Russell
        Of Counsel

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     MISSISSIPPI

**CERTIFICATE OF
GOOD STANDING**

I, _____ J. T. NOBLIN _____ , *Clerk of this Court,*

*certify that* _____ Vicki L. Gilliam _____ , *Bar #* _____ 9493 _____ ,

*was duly admitted to practice in this Court on*

_____ April 29, 1993 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Jackson, Mississippi _____ *on* _____ June 12, 2008 _____ .
LOCATION                                                DATE

J. T. NOBLIN                 *Katherine H. Alexander*
CLERK                                          DEPUTY CLERK