```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005626
Cashier ID: christin
Transaction Date: 06/27/2008
Payer Name: JOCK MICHAEL SMITH
--------------------------------
PRO HAC VICE
 For: VICKI L GILLIAM
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
PRO HAC VICE
 For: GAIL S AKIN
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
--------------------------------
CHECK
 Remitter: JOCK M SMITH
 Check/Money Order Num: 3664
 Amt Tendered: $100.00
--------------------------------
Total Due:     $100.00
Total Tendered: $100.00
Change Amt:    $0.00

DALM207CV837-F

MOT/PHV
VICKI L GILLIAM
GAIL S AKIN
```