IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEOLA MILBRY, as personal representative for the estate of Early Milbry, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BEVERLY HC TYSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-837-MEF<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of the Motions for Admission of Gail Akin and Vicki Gilliam *Pro Hac Vice* (Doc. #35 and #36) filed on June 26, 2008, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 9th day of July, 2008.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE