IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEOLA MILBRY, as personal representative for the estate of Early Milbry, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-cv-837-MEF ) |
| BEVERLY HC TYSON, | ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Unopposed and Agreed Motion for Extension of Deadlines and for Trial Continuance (Doc. #39) filed on July 10, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The case will be continued, however, the requested deadline extensions will not all be extended exactly as requested. An amended scheduling order will be entered by the Court setting the new deadlines applicable to the case.

DONE this the 15th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE